UNITED STATES DISTRICT COURT           NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK

MARY LOPEZ,

                        Plaintiff,         ORDER
                                           12-CV-3380
      - versus -

JET BLUE AIRWAYS,

                        Defendant.

JOHN GLEESON, United States District Judge:

       Plaintiff Mary Lopez, appearing *pro se*, files this *in forma pauperis* ("IFP") action asserting that Jet Blue Airways violated her rights by failing to provide adequate wheelchair assistance when she flew from New York to Puerto Rico on July 3, 2009, and from Puerto Rico to New York on July 10, 2009. Lopez's application to proceed IFP is granted solely for the purpose of this Order. For the reasons set forth in *Lopez v. Jet Blue Airways*, No. 12 Civ. 57, 2012 WL 213831 (E.D.N.Y. Jan 24, 2012), the complaint is dismissed with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B). Lopez is cautioned not to file additional duplicative actions.

       The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

       Defendant's requests for additional forms of relief are denied.

                                          So ordered.

                                          John Gleeson, U.S.D.J.

Dated: July 25, 2012
      Brooklyn, New York